3-4-26

To Whom it may concern
 US Bankruptcy Court del
If more data is needed
For are Filing is no, Then send
us the items that is needed to
the Following Address

Franklin Flight Service Inc
P.O. Box 1734                    ReFile
Dover de 19903

P.S. We never recive any
  paperwork from the court
  We spoke to Eanon

We object what any of creditor may File